**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: December 16, 2009



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26319 / 130543779

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Armando L. Moreno and Linda T. Moreno<br>      Debtors.<br>_____<br>BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.<br><br>      Movant,<br>vs.<br><br>Armando L. Moreno and Linda T. Moreno, Debtors; Russell A. Brown, Trustee.<br><br>      Respondents. | No. 2:08-bk-07646-RJH<br><br>Chapter 13<br><br>EXPARTE ORDER TERMINATING THE AUTOMATIC STAY FOR FAILURE TO CURE PURSUANT TO THE TERMS OF THE ADEQUATE PROTECTION ORDER |

Pursuant to the Order entered on April 9, 2009 attached hereto as Exhibit "A", and by this reference incorporated herein, the above-referenced Debtors; were obligated to make specified payments which they have failed to make.

The Debtors have failed to comply thereby necessitating a written Notice of Default. Attached hereto as Exhibit "B" is a copy of the Notice of Default.

Based on the failure to cure the contractual agreement of the parties, the prior court order and good cause appearing:

IT IS HEREBY ORDERED that the Automatic Stay is the above-entitle Bankruptcy case is immediately extinguished for all purposes as to Secured Creditor, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. and BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. may exercise whatever state law or contractual rights it may have regarding the property generallydescribed as: 8057 W. Weldon Ave. Phoenix, AZ 85033 ("Property" herein) and legally described as:

Lot 490, MARYVALE TERRACE NO. 29, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 94 of Maps, page 6.

A.P.N.: 102-65-034

IT IS FURTHER ORDERED BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that all conditions of the adequate protection order regarding conversions are binding and are hereby affirmed in this Order as well.

DATED this \_\_\_\_\_ day of _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

"Exhibit A"

IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: April 09, 2009



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-15908/130543779

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-07646-RJH |
| Armando L. Moreno and Linda T. Moreno<br>Debtors. | Chapter 13 |
| Countrywide Home Loans Servicing LP | (Related to Docket # 27) |
| Movant, | **ORDER REGARDING MOTION FOR RELIEF** |
| vs. | |
| Armando L. Moreno and Linda T. Moreno, Debtors; Russell A. Brown, Trustee. | RE: Real Property located at<br>8057 West Weldon Avenue<br>Phoenix, Arizona 85033 |
| Respondents. | |

This matter having come before the Court for a Preliminary Hearing on April 6, 2009 at 10:00 A.M. , Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Carlos Brown, and good cause appearing,

IT IS HEREBY ORDERED by and between the parties herein, through counsel, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated with respect to the real property which is the subject of the Deed of Trust recorded in the

records of the Maricopa County, Arizona Recorder's Office, wherein Armando L. Moreno and Linda T. Moreno, are designated as trustors and Countrywide Home Loans Servicing LP is the current beneficiary, which Deed of Trust encumbers the following described real property:

> Lot 490, MARYVALE TERRACE NO. 29, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 94 of Maps, page 6.
> A.P.N.: 102-65-034

IT IS FURTHER ORDERED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 6 - MONTHLY PAYMENTS AT $706.57 (OCTOBER 1, 2008 – MARCH 1, 2009) | $4,239.42 |
| BANKRUPTCY ATTORNEY FEES & COSTS | $ 950.00 |
| TOTAL AMOUNT OF POST PETITION DEFAULT | $5,189.42 |

1. The total arrearage above in the amount of $5,189.42 shall be paid in six (6) monthly installments of $864.90. These payments shall be in addition to the regular monthly payment and shall be due on or before the 15th day of the month commencing with the April 15, 2009 payment and continuing throughout and concluding on or before September 15, 2009.

2. In addition to the payment listed in Paragraph 1, the Debtor will make the regular post-petition payment due for April 1, 2009, which shall be made when due, and all subsequent payments shall be made when due.

IT IS FURTHER ORDERED that Countrywide Home Loans Servicing LP as the current beneficiary under the above described Deed of Trust, agrees not to conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust, so long as the terms of this Order are complied with. In the event of default in making any payments described herein Secured Creditor is permitted, in its discretion, to conduct a Trustee's Sale, judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property upon giving written notice of such default to Debtors,

Debtors' Counsel and Trustee and Debtors' failure to cure such default within fifteen (15) days of the date of such notice. In the event said default is not cured within said fifteen (15) day period, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the Plan.

IT IS FURTHER ORDERED that if a default notice becomes necessary, Debtors will be charged $150.00 for fees and costs associated with handling the curing of the default, to be paid together with the defaulted payment and late charge. Debtors shall tender the default payment, late charge and the additional $150.00 fee for attorney's fees and costs, as set forth above, in the form of a <u>cashier's check or money order</u>, made payable to Movant. If the defaulted payments are not received by Movant, together with the late charge and the $150.00 default fee, within fifteen days after the default notice was sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan.

IT IS FURTHER ORDERED that if Debtor' Bankruptcy Case No. 2:08-bk-07646-RJH is dismissed, either voluntary or involuntary, for any reason, this Order will become null and void and Countrywide Home Loans Servicing LP, and after such dismissal, may, in its discretion, conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that in the event of conversion by the Debtor to any other bankruptcy chapter, the repayment portion of this Order shall become null and void, except that the portion of this Order vacating the automatic stay under U.S. Bankruptcy Code Section 362 (a) shall remain in full force and effect.

IT IS FURTHER ORDERED that any hearings scheduled in the matter are vacated.

DATED this _____ day of _____ 2009.

_____
United States Bankruptcy Court Judge

Exhibit "B"

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26319/130543779

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Armando L. Moreno and Linda T. Moreno<br>　　　　Debtors.<br>_____<br>BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.<br><br>　　　　Movant,<br>　vs.<br><br>Armando L. Moreno and Linda T. Moreno, Debtors; Russell A. Brown, Trustee.<br><br>　　　　Respondents. | No. 2:08-bk-07646-RJH<br><br>Chapter 13<br><br>NOTICE OF DEFAULT<br><br>RE: Real Property Located at<br>8057 West Weldon Avenue<br>Phoenix, AZ 85033 |

　　　BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. secured creditor, (hereinafter referred to as "Secured Creditor"), by its attorneys TIFFANY & BOSCO, P.A., hereby files this Notice of Default in the above-captioned case, and avers as follows:

　　　1.　　An Order was entered on April 9, 2009 which provides for the lifting of the stay imposed by Section 362(a) of the U.S. Bankruptcy Code with respect to that certain Deed of Trust recorded in the

records of the MaricopaCounty, Arizona Recorder's Office, which encumbers the following real property:

    Lot 490, MARYVALE TERRACE NO. 29, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 94 of Maps, page 6.

    A.P.N.: 102-65-034

A Copy of said Order is attached hereto as Exhibit "A".

    2.    As of the date of this Notice of Default, the Debtors are not made the payments as required by the aforementioned Order. The Debtors are presently past due as follows:

| | |
|---|---:|
| 5 Monthly Payments(s) at $864.90 | $4,324.50 |
| (May 15, 2009 - August 15, 2009) | |
| 3 Monthly Payments(s) at $706.57 | $2,119.71 |
| (September 1, 2009 - November 1, 2009) | |
| Attorneys Fees | $150.00 |
| Suspense Amount | ($220.92) |
| Total | $6,373.29 |

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

    4.    Notice is hereby given to the Bankruptcy Court, Debtors, counsel for Debtors, and Trustee, that unless debtor' default under the terms of the Stipulation and Order is cured not later than fifteen (15) days from date of this Notice, that Movant will proceed, pursuant to the Court's Order lifting the stay, to conduct a Trustee's Sale or mortgage foreclosure, in its discretion, with respect to the above-described Deed of Trust.

    DATED this 24th day of November, 2009.

                              TIFFANY & BOSCO, P.A.

                              By  /s/ MSB # 010167
                                  Mark S. Bosco
                                  Leonard J. McDonald
                                  Attorneys for Movant

*If the Debtor cures the default prior to the date of expiration this amount may be different.

IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.
The party obtaining this order is responsible for
noticing it pursuant to Local Rule 9022-1.

Dated: April 09, 2009



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-15908/130543779

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Armando L. Moreno and Linda T. Moreno<br>Debtors.<br>_____<br>Countrywide Home Loans Servicing LP<br><br>      Movant,<br>  vs.<br><br>Armando L. Moreno and Linda T. Moreno,<br>Debtors; Russell A. Brown, Trustee.<br><br>      Respondents. | No. 2:08-bk-07646-RJH<br><br>Chapter 13<br><br>(Related to Docket # 27)<br><br>**ORDER REGARDING<br>MOTION FOR RELIEF**<br><br>RE: Real Property located at<br>8057 West Weldon Avenue<br>Phoenix, Arizona 85033 |

     This matter having come before the Court for a Preliminary Hearing on April 6, 2009 at 10:00 A.M. , Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Carlos Brown, and good cause appearing,

     IT IS HEREBY ORDERED by and between the parties herein, through counsel, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated with respect to the real property which is the subject of the Deed of Trust recorded in the

records of the Maricopa County, Arizona Recorder's Office, wherein Armando L. Moreno and Linda T. Moreno, are designated as trustors and Countrywide Home Loans Servicing LP is the current beneficiary, which Deed of Trust encumbers the following described real property:

> Lot 490, MARYVALE TERRACE NO. 29, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 94 of Maps, page 6.
> A.P.N.: 102-65-034

IT IS FURTHER ORDERED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 6 - MONTHLY PAYMENTS AT $706.57 (OCTOBER 1, 2008 – MARCH 1, 2009) | $4,239.42 |
| BANKRUPTCY ATTORNEY FEES & COSTS | $ 950.00 |
| TOTAL AMOUNT OF POST PETITION DEFAULT | $5,189.42 |

1. The total arrearage above in the amount of $5,189.42 shall be paid in six (6) monthly installments of $864.90. These payments shall be in addition to the regular monthly payment and shall be due on or before the 15th day of the month commencing with the April 15, 2009 payment and continuing throughout and concluding on or before September 15, 2009.

2. In addition to the payment listed in Paragraph 1, the Debtor will make the regular post-petition payment due for April 1, 2009, which shall be made when due, and all subsequent payments shall be made when due.

IT IS FURTHER ORDERED that Countrywide Home Loans Servicing LP as the current beneficiary under the above described Deed of Trust, agrees not to conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust, so long as the terms of this Order are complied with. In the event of default in making any payments described herein Secured Creditor is permitted, in its discretion, to conduct a Trustee's Sale, judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property upon giving written notice of such default to Debtors,

Debtors' Counsel and Trustee and Debtors' failure to cure such default within fifteen (15) days of the date of such notice. In the event said default is not cured within said fifteen (15) day period, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the Plan.

IT IS FURTHER ORDERED that if a default notice becomes necessary, Debtors will be charged $150.00 for fees and costs associated with handling the curing of the default, to be paid together with the defaulted payment and late charge. Debtors shall tender the default payment, late charge and the additional $150.00 fee for attorney's fees and costs, as set forth above, in the form of a <u>cashier's check or money order</u>, made payable to Movant. If the defaulted payments are not received by Movant, together with the late charge and the $150.00 default fee, within fifteen days after the default notice was sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan.

IT IS FURTHER ORDERED that if Debtor' Bankruptcy Case No. 2:08-bk-07646-RJH is dismissed, either voluntary or involuntary, for any reason, this Order will become null and void and Countrywide Home Loans Servicing LP, and after such dismissal, may, in its discretion, conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that in the event of conversion by the Debtor to any other bankruptcy chapter, the repayment portion of this Order shall become null and void, except that the portion of this Order vacating the automatic stay under U.S. Bankruptcy Code Section 362 (a) shall remain in full force and effect.

IT IS FURTHER ORDERED that any hearings scheduled in the matter are vacated.

DATED this _____ day of _____ 2009.

_____
United States Bankruptcy Court Judge